IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BEACH COMMUNITY BANK,

     Appellant,

v.

U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE
FOR THE LXS 2005-7N;
NANCY L. EDWARDS;
REGATTA BAY OWNERS
ASSOCIATION, INC.
     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0887

_____/

Opinion filed March 3, 2016.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

Robert S. Rushing of Carver, Darden, Koretzky, Tessier, Finn, Blossman &
Areaux, LLC, Pensacola, for Appellant.

Melissa A. Giasi of Kass Shuler, P.A., Tampa, for Appellees.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and RAY, JJ., CONCUR.